IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| D'ANDRE SATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-093 |
| | ) | |
| ANDREW McFARLANE, Warden of Telfair State Prison, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 10, 2024, the Court recommended Plaintiff's case be dismissed without prejudice because Plaintiff had neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the full filing fee for this case. (See doc. no. 4.) On January 22, 2024, the Clerk of Court docketed a notice of change of address in which Plaintiff states he was transferred from Telfair State Prison, where the Court's January 10th recommendation had been served, to Smith State Prison. (Doc. no. 6.) Accordingly, the Court **DIRECTS** the **CLERK** to re-serve the January 10th Report and Recommendation, as well as the accompanying Order, (doc. nos. 4, 5), on Plaintiff at his new address. The Court extends the deadline for objecting and/or submitting any additional paperwork Plaintiff may have, until February 9, 2024.

SO ORDERED this 22nd day of January, 2024, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA